# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-797
Lower Tribunal No. 22-8708 CC
_____

**Karina Jimenez,**
Petitioner,

vs.

**Martha Gutierrez,**
Respondent.

On Petition for Writ of Certiorari from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Karina Jimenez, in proper person.

Martha Gutierrez, in proper person.

Before FERNANDEZ, C.J., and LINDSEY and GORDO, JJ.

GORDO, J.

We treat Appellant's appeal of the trial court's order denying an emergency motion to stay a writ of possession as a petition for writ of certiorari. See Super Prods., LLC v. Intracoastal Env't, LLC, 252 So. 3d 329, 331 (Fla. 2d DCA 2018) ("Orders staying proceedings are reviewable by certiorari."); see also Bimini Properties, Inc. v. Puff or Sip Hookah Lounge & Liquor Store, LLC, 343 So. 3d 1249, 1251 (Fla. 3d DCA 2022) ("In these circumstances, we exercise our authority under Florida Rule of Appellate Procedure 9.040(c) and treat the notice of appeal as a petition for writ of certiorari."); Benihana of Tokyo, Inc. v. Benihana, Inc., 129 So. 3d 1153, 1154 (Fla. 3d DCA 2014) ("This Court has certiorari jurisdiction to review a trial court's non-final order denying a motion for stay.") (quoting Sorena v. Gerald J. Tobin, P.A., 47 So. 3d 875, 877 (Fla. 3d DCA 2010)). Finding the trial court did not depart from the essential requirements of law, we deny the petition.

Denied.